**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COREY LOGSDON, <br><br> Defendant. | Case No. 19-CR-743-2 <br><br> Judge John Z. Lee |

**ORDER**

Defendant Corey Logsdon and the government moved to proceed with a video conference change of plea hearing. The Court grants the motion to proceed by video conference. This Order memorializes the required findings under CARES Act § 15002(b)(2)(A), Pub. L. No. 116-136, 134 Stat. 281.

By order dated June 12, 2020, the Chief Judge found that felony pleas and felony sentencings cannot be conducted in person in this district without seriously jeopardizing public health and safety.

Under Section 15002(b)(2)(A), the Court finds that further delay of this hearing would cause serious harm to the interests of justice, because the Defendant wishes to advance the case so that he may accelerate the designation to a Bureau of Prisons facility, which offers more programming and more expansive inmate resources, and/or be subject to a final appealable judgment.

Therefore, pursuant to Section 15002(b)(2)(A), the change of plea hearing scheduled for JApril 20, 2021, at 11:00 a.m. will proceed by video conferencing.

**IT IS SO ORDERED.**

*John Z. Lee*
John Z. Lee
United States District Judge

Dated: March 29, 2021