IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CORY LOGSDON, ) <br> ) <br> ) <br> Defendant. ) <br> ) | 18 CR 743-2 <br> Judge John Z. Lee |

## ORDER

ON DEFENDANT LOGSDON'S MOTION FOR PAYMENT OF PRE-SENTENCE RESITUTTION, IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court is directed to accept payment from Mr. Logsdon in the form of money order or cashier's check, and hold that payment in the registry with the Clerk of the Court until sentencing.

2. Any other relief that is so required.

IT IS SO ORDERED, 11/16/21

_____
Judge John Z. Lee
United States District Court Judge