Dear Judge Lee:

I am writing this letter on behalf of Corey Logsdon, to testify to his character. I hope that you consider this during sentencing.

Corey has been like a brother to me for over 10 years, and while I have always believed him to have good character, I also recognize that he was young and made mistakes, like many young people do. Corey is a very caring and loving person, with a lot of compassion. He is always willing to help anyone he knows and support them in any way he can. He is the reason I was able to move to LA and pursue my dreams here, because he selflessly allowed me to live with him rent free for as long as I needed to get on my feet, and he always treated me like real family. I have always looked up to Corey, as so many other people have and still do.

Corey has drastically changed his surroundings and the circle of people he associates with. He is opening businesses and finding ways to thrive, not only for himself, but for the community as well. His talents go beyond reach, and he is capable of achieving things the average person is not - that has always been his super power. I believe he is an asset to the world and deserves a chance to show how much he has grown and changed.

Thank you for your time.

*Austin E. Maxfield*

Austin E. Maxfield
everythingicedd@gmail.com

Dear Judge Lee,

I am writing to you on behalf of my boyfriend, soon to be husband Corey Logsdon. I understand that my words may or may not help with your decision during sentencing, but I figured it will be worth a shot considering that one of the most important people in my life might be abruptly ripped apart from me.

To you, Corey might be a stranger, but to me, like many others close to him, he is an amazing role model. I didn't meet the Corey that is being talked about in this case. I met the strong, humble, loving, caring, business orientated Corey. I met him at a time I needed someone the most. I won't speak too much about my past and my life, but simply about how he's affected my life.

I met Corey at the age of 20, I am now 27. As one can assume, he's been in my life majority of my adult years. He's helped guide me and turn me into the woman I am today: strong, independent, hardworking, caring, and loving. I have grown in his footsteps, and what he's taught me can't be taught by just anyone, only someone special.

Corey is special not only to me, but to others as well. He is the best friend, family, and lover anyone could ask for. He is selfless and is always thinking about everyone before himself. In these past 7 years he has shown me that people like him don't come around often. Every where we go, anytime we're out simply running an errand, he is always received with so much love. It can be the post office lady, the local super market employee, the restaurant host/waitress/waiter, they all know Corey from a first name basis. They know him because unlike most people, Corey is kind to them. He treats everyone as an equal and never judges anyone. I've seen him do some of the most courageous, most humble, and most caring actions.

The man in front of you has grown into an amazing human being. He's never looked back and has worked hard to forgive himself for his past mistake. I've been with him side by side throughout 7 years. I've stood next to him as he's gave out toys to children during Christmas or fed the homeless during thanksgiving. He is the least selfish person I know. I just hope, that you don't judge him based on a past mistake, because the man you see on paper isn't the gentleman in front of you. The man in front of you is someone's loving son & my caring partner.

Thank you for your time,
Esmeralda Rios

Julie Driscoll
409 South 20th Street
Paducah, Kentucky 42003

Dear Judge Lee:

I am writing on behalf of Corey Logsdon with respect to his upcoming sentencing hearing, It is my hope that you take into consideration the strides Corey has made to date, and his efforts to live a better, productive life.

I have known Corey through my daughter, Austin Maxfield, for over a decade. Throughout the years, he and my daughter have been as close as brother and sister. He has always been a caring, generous friend to her, and I have never seen any malice in him. I have worked as a paralegal for over 30 years, most of it in Chicago and now in Kentucky, and I have had lengthy conversations with Corey regarding his past transgressions and hope for the future. I know, absolutely, that looking back, Corey wishes that he had made different, better decisions. I know that his decision-making in the past, as a younger man, was poor. More importantly, he also realizes that, and is determined to change going forward. He has already begun that process.

Despite Corey's past misdeeds, I have always found him to be a sincere, intelligent, thoughtful young man. I was surprised to learn of his legal difficulties, and believe it was the result of poor judgment and bad peer choices. Corey takes responsibility for what he has done in the past, and is making no attempt to pass it off as anything other than his own fault, based on his own poor choices.

Corey is not a career criminal with a career criminal's mentality. He is a gentle, non-violent, peaceful young man. He is remorseful and is currently making restitution to those he harmed by his actions, He has a business, is in the process of trying to open a restaurant in LA, and is in a stable relationship with a long-time partner. He has completely eliminated from his life the people, places and things he was involved with while he was engaged in criminal behavior. I firmly believe, if you were to sentence him to something other than incarceration, that Corey would never again stray from the path he is on, which is toward a lawful, productive life.

I am writing to ask you for leniency in sentencing Corey. Knowing Corey as I have for over a decade, I feel that if ever there were a situation where someone erred, realized the error of his ways, and is taking steps to remedy any harm caused by his past actions, this is it. Everyone has to pay a price for choices they make in their lives, and Corey realizes that and has never attempted to redirect blame. But he has changed, is still changing and evolving, and is doing all he can for both personal redemption and to try to remedy the harm he caused in the past.

I hope that you consider these factors in determining Corey's sentence. Thank you for your time.

Julie Driscoll
312-428-1505
Juliaanndriscoll@gmail.com

Dear Judge Lee,

  I am writing on behalf of my son, Corey Logsdon and his upcoming sentencing. As a mother, one never knows how their children will grow up to be. We can only try our best to guide them and make sure they never get in trouble. It hurts to feel like I'm the reason he got involved with the wrong crowd. I was financially stuck and although as a young child I saw traits in him that led me to believe he was special; I couldn't motivate him. I can still remember seeing him draw for the very first time. I thought to myself that one day I'd put him in a great art school. However, I did not have the resources to push him to live life the correct way. I know that if I would've made smarter financial decisions, I could've been there for him and helped him get into an art school or lived in a better neighborhood. Emotionally and financially, it was hard for me because as much as I wanted to always be present, I had to work hard to keep a roof over our heads since his father passed away.

  I've always struggled with money, and in 2011 I lost my job, which caused me to get behind in bills. At 24 years old, Corey stepped up and helped me get out of the bad situation I was in. Corey has always had great heart and has done his best to take care of me. I don't know what I would do without him. I am now on a fixed income and as one can assume, it is barely enough to get by. I am now older and cannot work like I used to. I have no one else to count on or depend on, but my son. Aside from things he did when he was young, Corey has grown into an amazing man, and I am so proud of him. If he were to go away it would affect my life in a crucial way. I am not my healthiest and although he doesn't reside in Illinois, I can always call or text him when I am not feeling good. He is there for me whenever I need help. If he were to go away, I do not know who I could call for help. My mother; his grandmother passed away in 2020 and since then times have been even more difficult for me because now he is all that I have left.

  I pray you are lenient towards my only son. I feel Corey has really grown up and matured since this incident that happened nearly 10 years ago. He is a great son and an amazing role model to many others. I am proud to be his mother and proud to call him my son. He is gifted, he is talented, he is smart and he has done so much to change his life to become a better person. I know that once he gets over this obstacle, he will do everything he can to live the way he was meant to do so and never be in this situation again.


Sincerely,
Lynn King
708-632-0822

*May 05, 2022*
*Learning Specialist Sushmitha Ram*
*DRW College Prep*
*931 S. Homan Ave*
*Chicago, IL 60624*
*sram@drwtcollegeprep.org*

Dear Judge Lee,

It is an honor to share my gratitude and recognition to the artist, Corey Logsdon. While this may not cover the extent to which Corey has impacted all of us, I will expand on how I was able to observe and receive the depth of his dedication both in my classroom I teach as well as in his community service.

I first interacted with Corey's work when his artistic colleagues Aaron Rhaburn and Joshua came into my community organizing elective class in the high school I teach at. The high school I teach at is a Title 1 school on the west side of Chicago, which has over 90% of students who qualify for free and reduced lunch. Corey, and Aaron donated their original beadwork to all my high school students to help engage in healing and art. This beadwork provided an important symbol for our classroom to remember that engaging in art can help heal our communities. Corey was prompt and direct and showcased he believed in empowering education to the youth. I witnessed brilliance and curiosity during this time with Corey.

I was immediately impacted seeing Corey's art work. I noticed the time and intention he takes for any work he engages in. He interacts with each person with care and offers them wisdom on any support they may need. He gave me the belief that we each can make a difference through service. Corey creates a space of learning and openness to access support both for youth and adults.

Corey is the embodiment of an imaginative, fearless young man aiming to serve with excellence. Grounded in vulnerability and authenticity, Corey brings his whole self to his work and vision for each of us to share and speak our truths collectively as well as unapologetically. This is who we need for our society to radically change.

Warm regards,
Sushmitha Ram
Learning Specialist; High School Educator
DRW College Prep