IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 18 CR 743 |
| CORY LOGSDON | ) | Judge John Robert Blakey |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>COREY LOGSDON'S MOTION TO EXTEND SURRENDER DATE</u>**

NOW COMES Defendant, COREY LOGSDON, through his counsel, JOSHUA B. ADAMS, and respectfully requests that this honorable court extend his surrender date currently scheduled for October 14, 2022. In support of his motion, Mr. Logsdon states the following.

1. On July 25, 2022, Judge Lee sentenced Mr. Logsdon to a term of 48-months imprisonment.

2. The district court set Mr. Logsdon's surrender date for October 14, 2022.

3. Mr. Logsdon respectfully requests an extension of his surrender date to deal with medical issues related to a surgery that occurred in early 2022, as well as to make arrangements for the preservation of his businesses while he is serving his custodial sentence.

4. The Government objects to this request.

Therefore, Mr. Logsdon respectfully requests that this honorable court extend his surrender date until January 2023.

                                                Respectfully submitted,

                                                /s/Joshua B. Adams
                                                Joshua B. Adams
                                                Counsel for Corey Logsdon

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 7 East
Chicago, IL 60607
(312) 566-9173