UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>COREY LOGSDON ) | No. 18 CR 743-2<br><br>Judge John R. Blakey |

### GOVERNMENT'S OBJECTION TO DELAYED SURRENDER

On September 19, 2022, defendant filed a Motion to Extend Surrender Date to January 2023. Pursuant to the Court's Order, the government responds to defendant's motion as follows:

1.      Defendant pled guilty on May 11, 2021 pursuant to a plea agreement, in front of Judge Lee, who was previously assigned this case. Judge Lee set a sentencing date of August 20, 2021 at the change of plea hearing. On June 2, 2021, defendant moved to postpone the sentencing because he was living in California at the time and needed additional time to come to Chicago for the presentence investigation interview with United States Probation. Judge Lee reset the sentencing for September 17, 2021.

2.      On July 1, 2021, after the undersigned substituted in as the AUSA representing the government, the parties jointly moved to postpone the sentencing hearing based on conflicts that the government, defense counsel, and the probation officer had.  Judge Lee continued the sentencing to November 18, 2021.

3.      On November 16, 2021, defendant moved to continue his sentencing, and the government did not object. Judge Lee continued the sentencing to January 7, 2022.

4.      On January 3, 2022, defendant moved to continue the sentencing based on defense counsel's trial calendar, and the government did not object. Judge Lee continued the sentencing to April 6, 2022.

5.      On April 1, 2022, defendant moved to continue his sentencing based on defense counsel's other case work and defendant's surgery on his foot and ankle, and the government did not object. Judge Lee continued the sentencing to June 2, 2022, and later reset it to July 8, 2022.

6.      On July 8, 2022, defendant was sentenced to a total term of 48 months, and set a surrender date of October 14, 2022. Defendant has now moved to postpone that surrender date to January 2023, in order to deal with medical issues from what appears to be the same foot and ankle surgery, and to make arrangements for the preservation of his business.

7.      The government objects to defendant's request for an extension of the surrender date. Given the multiple extensions that defendant has received after his guilty plea, which the government did not object to, he has had sufficient time to deal with his medical issues and business affairs, and has failed to make a showing that a six-month gap between the sentencing and surrender date would be appropriate.

For these reasons, the government respectfully requests that defendant's motion be denied.

Respectfully Submitted,

JOHN R. LAUSCH, JR.
UNITED STATES ATTORNEY

By:    /s/ *Charles W. Mulaney*
        CHARLES W. MULANEY
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 469-6042

Dated: Sept 23, 2022