# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                 Case No.: 1:18–cr–00743

                                 Honorable John Robert Blakey

, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 3, 2022:

      MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion and by agreement of counsel, telephonic motion hearing set for 10/11/2022 at 1:00 p.m. under the CARES act. This Order memorializes the required findings under CARES Act § 15002(b)(1), Pub. L. No. 116–136, 134 Stat. 281. By General Order, including General Order 20–0022 dated 3/30/2021, the Chief Judge has found that certain criminal proceedings cannot be conducted in person in this district without seriously jeopardizing public health and safety. As such, further delay would not be in the interests of justice in this case, and pursuant to Section 15002(b)(1), and with the consent of the defendant himself, the hearing will proceed by way of telephonic conferencing. Counsel/Defendant shall call into 877–402–9753 and utilize participant code 9955840. Members of the public granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.