# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                 Case No.: 1:18−cr−00743

                                                         Honorable John Robert Blakey

, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2022:

    MINUTE entry before the Honorable John Robert Blakey: Telephonic motion hearing held by agreement on 10/11/2022. Defendant's motion to continue surrender date [472] is granted in part. Defendant Corey Logsdon (2) shall surrender to the designated facility before 2:00 p.m. on 12/5/2022 and no further extensions granted will be granted. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.